UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| *versus* | § § | **CRIM. DOCKET 4:18-cr-346** |
| **GURUSWAMI RAVICHANDRAN** **Defendant** | § § § | |

## ORDER

Counsel for Defendant RAVICHANDRAN'S motion to dismiss all charges pending against the Defendant is hereby GRANTED.

Signed at Houston, Texas on __4th__ day of __March__, 2019.

_____
Gray Miller
United States District Judge